FILED'08 JUN 24 11:24 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD G. SAGER,     05-CV-1812-AC

      Petitioner,     ORDER

v.

GUY HALL,

      Respondent.

**STEVEN T. WAX**
Federal Public Defender
**ANTHONY D. BORNSTEIN**
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326-2123

      Attorneys for Petitioner

**HARDY MYERS**
Attorney General
**JONATHAN W. DIEHL**
Assistant Attorney General
Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

      Attorneys for Respondent

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#60) on March 4, 2008, in which he recommended this Court deny Petitioner Donald G. Sager's Petition for Writ of Habeas Corpus (#2) and enter a judgment dismissing this matter with prejudice. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#60). Accordingly, the Court **DENIES** the Petition

for Writ of Habeas Corpus (#2) and **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 24th day of June, 2008.

                            */s/ Anna J. Brown*
                            ANNA J. BROWN
                            United States District Judge

3 - ORDER